```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 20-00462-RNO
James John Kubasko                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: Apr 02, 2020
                             Form ID: ntcltrdb       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
5299232        +Lackawanna River Basin,   Sewer Authority,   P.O. Box 280,   Olyphant, PA 18447-0280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
              Brigid E Carey    on behalf of Creditor    Moosic Lakes Club becesqnepa@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    North Pocono School District and Jefferson Township
               Sewer Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Tullio  DeLuca    on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James John Kubasko,
aka James Kubasko, aka James J. Kubasko, aka James Kubasko, aka James J. Kubasko Jr., aka James John Kubasko Jr., aka James Kubasko Jr.,,

**Debtor 1**

Chapter 13

Case No. 5:20–bk–00462–RNO

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#11) has been filed by the Debtor on behalf of Lackawanna River Basin Sewer Authority in the amount of $562.36.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Max Rosenn U.S. Courthouse | Terrence S. Miller |
| 197 South Main Street | Clerk of the Bankruptcy Court: |
| Wilkes–Barre, PA 18701 | By: MichaelMcHugh, Deputy Clerk |
| (570) 831–2500 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 2, 2020 |

ntcltrdb 05/18