```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00462-RNO
James John Kubasko                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke          Page 1 of 1           Date Rcvd: Apr 10, 2020
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
    +Stephen Franco/Berkshire Hathaway Home,   Services Preferred Properties,   721 S State St,    Clarks Summit, PA 18411-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
    Brigid E Carey    on behalf of Creditor    Moosic Lakes Club becesqnepa@aol.com
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National Association bkgroup@kmllawgroup.com
    James Randolph Wood    on behalf of Creditor    North Pocono School District and Jefferson Township Sewer Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
    Tullio DeLuca    on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 5-20-00462 |
| JAMES JOHN KUBASKO | : CHAPTER 13 |
| Debtor(s) | : |

*************************************************************************

**ORDER OF COURT AUTHORIZING APPOINTMENT
OF DEBTOR'S LISTING AGENT**

*************************************************************************

Upon consideration of the MOTION OF DEBTORS FOR APPOINTMENT OF DEBTOR'S LISTING AGENT, and after appropriate Notice and Service of Debtor's Motions pursuant to Federal Bankruptcy Rules and Local Bankruptcy Rules, it is hereby:

**ORDERED** that Stephen Franco and Berkshire Hathaway Home Services Preferred Properties is appointed the Debtor's listing agent for the sale of properties located at 309 N. Lincoln Ave., Jermyn, PA and 219 Franklin Street, Jermyn PA.

Dated: April 10, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (DG)

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).