# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

JAMES JOHN KUBASKO

\* Debtor(s)

Case Number: **5-20-00462**
Chapter:     **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice of Motion to Sell Real and

Personal Property Free and Clear of All Liens, Charges and Encumbrances was

mailed today to all parties named on the mailing list attached hereto by regular

first class mail.

DATED: April 23, 2020

SIGNED: _Lisa Manchak_

TITLE: __Legal Assistant__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

IN RE:                    :      CHAPTER 13

JAMES JOHN KUBASKO      :

                              :

            Debtor(s)         :      CASE NO. 5-20-00462

*************************************************************************

JAMES JOHN KUBASKO      :

            Movant          :

    vs.                       :

                              :

LACKAWANNA COUNTY TAX CLAIM    :
BUREAU, LACKAWANNA RIVER BASIN    :
SEWER AUTHORITY, PNC BANK, NA,    :
PORTNOFF LAW ASSOCIATES,         :
INTERNAL REVENUE SERVICE, PA      :
DEPARTMENT OF REVENUE, and       :
CHARLES J. DEHART, III, ESQUIRE     :
            Respondents      :

*************************************************************************

## NOTICE OF DEBTOR'S MOTION TO APPROVE PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES

*************************************************************************

NOTICE IS HEREBY GIVEN THAT:

Debtor, James John Kubasko, reside at 79 West Shore Dr., Jefferson Twp., PA 18436 and seeks leave to sell real property of the above captioned case located at 219 Franklin Ave., Jermyn, PA, along with personal property and fixtures to Legacy Development Corp., for the sum of Twenty Three Thousand ($23,000.00) Dollars. The sale is to be free and clear of all liens, charges and encumbrances, with all valid liens and encumbrances to be paid at time of closing.

The Debtors further request the Court to allow distribution of the proceeds from the sale

of real and personal property as follows:

       a.      Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,431.00;

       b.      Any Notarization and/or incidental recording fees associated with the sale of the above property;

|   |   |
|---|---|
| c. | Realtors Commission of 6 % percent; |
| d. | Any transfer tax which is the responsibility of the seller herein; |
| e. | Any unpaid real estate taxes and other municipal claims/liens arising from property; |
| f. | Payment in full to PNC Bank, NA; |
| g. | That any other unpaid liens shall attach to the remaining sale proceeds; |
| h. | Debtor's exemption if any; |
| i. | The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Charles J. DeHart, III, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan |

The Sale is not subject to higher and better offers.

Any inquiries regarding the sale and/or to request for copies of the motion or a time and date to examine the property prior to the sale, can be made directly to Debtor's Counsel, Tullio DeLuca, Esquire.

Hearing on any Answers or Objections will be heard on May 28, 2020 at 9:30 a.m.. The hearing will be held telephonically, using CourtCall. Please contact them at 866-582-6878, no later than 24 hours, before the hearing. If no objection and request for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes-Barre, PA 18701 to the sale of the aforementioned real and personal property on the above terms and conditions on or before **May 14, 2020,** the Court may grant the relief requested. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with a copy to Tullio DeLuca, Esquire at the address below: Any filing must conform to the Rule of Bankruptcy Procedures unless the Court determines otherwise.

Date of Notice:     April 23, 2020          Tullio DeLuca, Esquire
                                            381 N 9th Avenue
                                            Scranton, PA 18504
                                            (570) 347-7764

AMERICAN HONDA FINANCE
NATIONAL RECOVERY CENTER
PO BOX 16469
IRVING, TX 75016

AMERICAN HONDA FINANCE
PO BOX 168088
IRVING, TX 75016-8088

BRIGID E. CAREY, ESQ
3218 PITTSTON AVE
PO BOX 3838
SCRANTON, PA 18505

BRIGED E CAREY, ESQ
PO BOX 4466
SCRANTON, PA 18505

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT TAXES
SCRANTON, PA 185016

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT WASTE DISPOSAL
SCRANTON, PA 185016

CITY OF SCRANTON TAX OFFICE
1170 HIGHWAY 315, SUITE 5
PLAINS, PA 18702

CITY OF SCRANTON TREASURER
ATTN: REFUSE DEPT
340 NORTH WASHINGTON AVE.
SCRANTON PA 18503

COMMONWEALTH HEALTH
PO BOX 1022
WIXOM, MI 48393-1022

CREDIT MANAGEMENT CO
2121 NOBLESTOWN RD
PITTSBURGH, PA 15205

CREDIT MANAGEMENT CO
681 ANDERSEN DR
FOSTER PLAZA 6
PITTSBURGH, PA 15220-2766

CREDIT MEDIATORS, INC
PO BOX 456
UPPER DARBY, PA 19082-0456

CHARLES J. DEHART, III, ESQ
8125 ADAMS DR. SUITE A
HUMMELSTOWN, PA 17036

DR SANDERSON
500 PARK ST
BURKE BYPASS
OLYPHANT, PA 18447

INTERMOUNTAIN MEDICAL GROUP
610 WYOMING AVE
KINGSTON, PA 18704

Jefferson Township Sewer Authority
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Jefferson Twp.
c/o Portnoff Law Associates, LTD.
2700 Horizon Dr., Suite 100
King of Prussia, PA 19406-2726

Lackawanna County Tax Claim Bureau
123 Wyoming Ave Suite 267
Scranton, PA 18503-2029

Lackawanna River Basin
Sewer Authority
P.O. Box 280
Olyphant, PA 18447-0280

Marian Community Hospital
100 Lincoln Ave.
Carbondale, PA 18407-2198

Moosic Lakes Club
25 Beach House Drive
Jefferson Township, PA 18436-8803

Moses Taylor Hospital
700 Quincy Ave
Attn: Justin Davis CEO
Scranton, PA 18510-1798

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

North American Partners in Anesthesia
P.O. Box 725
Melville, NY 11747-0725

North Pocono School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Orion
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Orion Portfolio Services, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

PA American Water Co.,
P.O. Box 578
Alton, IL 62002-0578

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0496

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342-5421

PPL Electric Utilities
827 Hausman Rd.
Allentown, PA 18104-9392

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Patel Retina Institute
210 N. State St.
Clarks Summit, PA 18411-1008

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Physicians Health Alliance
P.O. Box 618
Dunmore, PA 18512-0618

Portnoff Law Associates, Ltd
2700 Horizon Dr., Suite 100
King of Prussia, PA 19406-2726

Professional Account Svcs.
P.O. Box 188
Brentwood, TN 37024-0188

Radiological Consultants
751 Keystone Indust. Park
Dunmore, PA 18512-1511

Regional Hospital of Scranton
746 Jefferson Ave.
Scranton, PA 18510-1624

Regional Hospital of Scranton
C/O PASI
P.O. BOX 188
BRENTWOOD, TN 37024-0188

Rosenn, Jenkins & Greenwald, L.L.P.
15 South Franklin St.
Wilkes-Barre, PA 18711-0075

SRA Associates
401 Minnetonka Rd.
Hi Nella, NJ 08083-2914

Scranton Cardiovascular Physician
746 Jefferson Ave.
Scranton, PA 18510

The Moosic Lakes Club
25 Beachhouse Rd.
Jefferson Twp., PA 18436

Trident Asset Management
53 Perimeter Center East, Ste 440
Atlanta, GA 30346

United States Trustee
228 Walnut St., Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American Infosource as agent
PO Box 4457
Houston, TX 77210-4457

James Warmbrodt, Esq
701 Market St., Suite 5000
Philadelphia, PA 19106

Wells Fargo Bank, NA
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Financial
4143 121st Street
Urbandale, IA 50323-2310

James Randolph, Esq.
Portnoff Law Associates
2700 Horizon Dr.
Suite 100
King of Prussia, PA 19406