```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00462-RNO
James John Kubasko                                                  Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 26, 2020
                             Form ID: pdf010          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
5299230        +Lackawanna County Tax Claim Bureau,    Lackawanna County Government Ctr.,
                 123 Wyoming Ave., Suite 267,    Scranton, PA 18503-2029
5303362        +Lackawanna County Tax Claim Bureau,    123 Wyoming Ave Suite 267,    Scranton, PA 18503-2029
5299232        +Lackawanna River Basin,   Sewer Authority,    P.O. Box 280,    Olyphant, PA 18447-0280
5299244        +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
5299243        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5299245        +Portnoff Law Associates, Ltd.,    2700 Horizon Dr., Suite 100,    King of Prussia, PA 19406-2726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5299240         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2020 19:40:57       PA Dept. of Revenue,
                 Bankruptcy Division,   Dept. 280946,    Harrisburg, PA 17128-0496
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5319261*       +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
5321311*       +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
5299231       ##+Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
              Brigid E Carey    on behalf of Creditor    Moosic Lakes Club becesqnepa@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    North Pocono School District and Jefferson Township
               Sewer Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Tullio  DeLuca    on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES JOHN KUBASKO | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-20-00462 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JAMES JOHN KUBASKO | : |
| Movant | : |
| vs. | : |
| | : |
| | : |
| LACKAWANNA COUNTY TAX CLAIM | : |
| BUREAU, LACKAWANNA RIVER BASIN | : |
| SEWER AUTHORITY, PNC BANK, NA, | : |
| PORTNOFF LAW ASSOCIATES, | : |
| INTERNAL REVENUE SERVICE, PA | : |
| DEPARTMENT OF REVENUE, and | : |
| CHARLES J. DEHART, III, ESQUIRE | : |
| Respondents | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the within Motion and after Notice duly given to the Creditors and other parties in interest, after hearing held on June 25, 2020, the Debtor, James John Kubasko, is hereby granted leave to sell real property located at 219 Franklin Ave., Jermyn, PA along with personal property and fixtures to Legacy Development Corp for the sum of Twenty Three Thousand ($23,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale, except the encumbrances of outstanding real estate taxes.

Further, the Debtors are granted leave to allow distribution of the proceeds of the sale at closing as follows:

a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,431.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Realtors Commission of 6 % percent;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. PNC Bank, N.A. shall be paid $18,000.00 at closing.

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption if any;

i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Charles J. DeHart, III, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

Further, the Debtors are allowed to escrow funds at closing for a potential capital tax gain liability.

Dated: June 25, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge BI