# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 8, 2020

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    **RE:**   **James John Kubasko**
             **Case No. 5-20-00462**

Dear Sir/Madam:

Please accept this as my request for one (1) certified copy of the Order Granting Debtor's Motion for Private Sale of Real and Personal Property Docketed to Number 50 and dated June 25, 2020.

Thank you in advance for your assistance and cooperation in this matter.

Very truly yours,

/s/ Tullio DeLuca
Tullio DeLuca, Esquire

TD/lm