UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOHN KUBASKO
AKA: JAMES J. KUBASKO, JR., JAMES
KUBASKO, JR.,JAMES J. KUBASKO, JAMES
KUBASKO,JAMES KUBASKO,JAMES JOHN
KUBASKO, JR.

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

CASE NO: 5-20-00462-RNO

vs.

JAMES JOHN KUBASKO
AKA: JAMES J. KUBASKO, JR., JAMES
KUBASKO, JR.,JAMES J. KUBASKO, JAMES
KUBASKO,JAMES KUBASKO,JAMES JOHN
KUBASKO, JR.

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 10, 2020, Charles DeHart, III, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: November 10, 2020

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAMES JOHN KUBASKO<br>AKA: JAMES J. KUBASKO, JR., JAMES KUBASKO, JR.,JAMES J. KUBASKO, JAMES KUBASKO,JAMES KUBASKO,JAMES JOHN KUBASKO, JR.<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO: 5-20-00462-RNO |

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> December 2, 2020 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 17498.00**
**AMOUNT DUE FOR THIS MONTH: $251.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $17749.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**
      **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097

Dated:  November 10, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOHN KUBASKO
AKA: JAMES J. KUBASKO, JR.,
JAMES KUBASKO, JR.,JAMES J.
KUBASKO, JAMES
KUBASKO,JAMES
KUBASKO,JAMES JOHN
KUBASKO, JR.

CHAPTER 13

Debtor(s)

CASE NO: 5-20-00462-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JAMES JOHN KUBASKO<br>79 WEST SHORE DR<br>JEFFERSON TWP, PA 18436 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 10, 2020

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097

Case 5:20-bk-00462-RNO    Doc 55    Filed 11/10/20    Entered 11/10/20 10:54:21    Desc
Page 4 of 6

eMail: dehartstaff@pamd13trustee.com

Case 5:20-bk-00462-RNO    Doc 55    Filed 11/10/20    Entered 11/10/20 10:54:21    Desc
Page 5 of 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOHN KUBASKO
AKA: JAMES J. KUBASKO, JR.,
JAMES KUBASKO, JR.,JAMES J.
KUBASKO, JAMES
KUBASKO,JAMES KUBASKO,JAMES
JOHN KUBASKO, JR.

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-00462-RNO

vs.

JAMES JOHN KUBASKO
AKA: JAMES J. KUBASKO, JR.,
JAMES KUBASKO, JR.,JAMES J.
KUBASKO, JAMES
KUBASKO,JAMES KUBASKO,JAMES
JOHN KUBASKO, JR.

MOTION TO DISMISS

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.