United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00462-HWV |
| James John Kubasko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James John Kubasko, 79 West Shore Dr., Jefferson Twp., PA 18436-3952 |
| cr | + | Moosic Lakes Club, 25 Beach House Drive, Jefferson Township, PA 18436-8803 |
| 5299214 | | American Honda Finance, National Recovery Center, P.O. Box 16469, Irving, TX 75016 |
| 5299216 | | Brigid E. Carey, Esq., P.O. Box 4466, Scranton, PA 18505-6466 |
| 5299217 | | Brigid E. Carey, Esq., 3218 Pittston Ave., P.O. Box 3838, Scranton, PA 18505-0838 |
| 5299218 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Taxes, Scranton, PA 18503-1582 |
| 5299219 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Waste Disposal, Scranton, PA 18503-1582 |
| 5299220 | + | City of Scranton Tax Office, 1170 Highway 315, Suite 5, Plains, PA 18702-6906 |
| 5299221 | + | City of Scranton Treasurer, Attn: Refuse Dept., 340 North Washington Ave., Scranton, PA 18503-1582 |
| 5299222 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5299223 | | Credit Management Co., 681 Andersen Dr., Foster Plaza 6, Pittsburgh, PA 15220-2766 |
| 5299225 | + | Credit Mediators Inc., P.O. Box 456, Upper Darby, PA 19082-0456 |
| 5299226 | + | Dr. Sanderson, 500 Park St., Burke Bypass, Olyphant, PA 18447-1982 |
| 5299227 | + | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5310877 | + | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5299229 | + | Jefferson Twp., c/o Portnoff Law Associates, LTD., 2700 Horizon Dr., Suite 100, King of Prussia, PA 19406-2726 |
| 5303362 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave Suite 267, Scranton, PA 18503-2029 |
| 5299230 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5299232 | + | Lackawanna River Basin, Sewer Authority, P.O. Box 280, Olyphant, PA 18447-0280 |
| 5299233 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5299234 | + | Marian Community Hospital, 100 Lincoln Ave., Carbondale, PA 18407-2198 |
| 5312192 | + | Moosic Lakes Club, 25 Beach House Road, Jefferson Township, PA 18436-8803 |
| 5299235 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5299237 | + | North American Partners in Anesthesia, P.O. Box 725, Melville, NY 11747-0725 |
| 5310876 | + | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5310875 | + | North Pocono School District and Jefferson Townshi, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5299246 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5299241 | + | Patel Retina Institute, 210 N. State St., Clarks Summit, PA 18411-1008 |
| 5299242 | + | Physicians Health Alliance, P.O. Box 618, Dunmore, PA 18512-0618 |
| 5299245 | + | Portnoff Law Associates, Ltd, 2700 Horizon Dr., Suite 100, King of Prussia, PA 19406-2726 |
| 5299247 | + | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5299248 | + | Radiological Consultants, 751 Keystone Indust. Park, Dunmore, PA 18512-1511 |
| 5312375 | + | Regional Hospital of Scranton, C/O PASI, P.O. BOX 188, BRENTWOOD, TN 37024-0188 |
| 5299249 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5299250 | | Rosenn, Jenkins & Greenwald, L.L.P., 15 South Franklin St., Wilkes-Barre, PA 18711-0075 |
| 5299251 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5299253 | + | The Moosic Lakes Club, 25 Beachhouse Rd., Jefferson Twp., PA 18436-8803 |
| 5299255 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5299256 | | Wells Fargo Financial, 4143 121st Street, Urbandale, IA 50323-2310 |
| 5304301 | + | city of scranton northeast revenue, 340 n washington ave, scranton, PA 18503-1546 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2021 19:31:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299215 | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2021 19:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5299224 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 23 2021 19:05:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5299236 | + Email/Text: Bankruptcies@nragroup.com | Mar 23 2021 19:05:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5299458 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2021 19:31:24 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299238 | Email/PDF: rmscedi@recoverycorp.com | Mar 23 2021 19:31:29 | Orion Portfolio Services, LLC, c/o Recovery Management Systems Corp., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 5299239 | Email/Text: csc.bankruptcy@amwater.com | Mar 23 2021 19:05:00 | PA American Water Co.,, P.O. Box 578, Alton, IL 62002-0578 |
| 5299240 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2021 19:05:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5299243 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 23 2021 19:04:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5299244 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 23 2021 19:04:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5303664 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2021 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5319270 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 23 2021 19:28:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | North Pocono School District and Jefferson Townshi, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5299228 | *+ | James John Kubasko, 79 West Shore Dr., Jefferson Twp., PA 18436-3952 |
| 5310879 | *+ | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5310878 | *+ | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5319261 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5321311 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5299231 | ##+ | Lackawanna County Tax Claim Bureau, 135 Jefferson Ave., Scranton, PA 18503-1716 |
| 5299252 | ##+ | SRA Associates, 401 Minnetonka Rd., Hi Nella, NJ 08083-2914 |
| 5299254 | ##+ | Trident Asset Management, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brigid E Carey | on behalf of Creditor Moosic Lakes Club becesqnepa@aol.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor North Pocono School District and Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| James John Kubasko, | Chapter | 13 |
| aka James Kubasko, aka James J. Kubasko, aka James Kubasko, aka James J. Kubasko Jr., aka James John Kubasko Jr., aka James Kubasko Jr.,, | | |
| | Case No. | 5:20−bk−00462−HWV |
| **Debtor 1** | | |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **April 13, 2021** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **April 13, 2021**.

**If no objections are filed by April 13, 2021, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2021 |

ntnoshow (07/18)