United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                          Case No. 20-00462-HWV
James John Kubasko                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                               User: AutoDocke                                        Page 1 of 2
Date Rcvd: Jul 01, 2021                                      Form ID: pdf010                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

**Recip ID**               **Recipient Name and Address**
db                  +   James John Kubasko, 79 West Shore Dr., Jefferson Twp., PA 18436-3952

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021                                   Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

Brian Nicholas
                        on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bnicholas@kmllawgroup.com

Brigid E Carey
                        on behalf of Creditor Moosic Lakes Club becesqnepa@aol.com

Jack N Zaharopoulos (Trustee)
                        TWecf@pamd13trustee.com

James Warmbrodt
                        on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

James Randolph Wood
                        on behalf of Creditor North Pocono School District and Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Rebecca Ann Solarz
                        on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| Tullio DeLuca | on behalf of Debtor 1 James John Kubasko | tullio.deluca@verizon.net |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
James Kubasko : Chapter 13
   Debtor :
 :
 :
 : Case No. 5:20-bk-00462-HWV

## ORDER TO SHOW CAUSE

    The hearing on the Trustee's Notice of Intent to Dismiss Case for Failure to Appear at 341 Meeting in the above captioned case having been held on July 1, 2021, it is hereby

    **ORDERED** that the Debtor must appear at the next scheduled 341 Meeting or, upon certification of failure to appear by the trustee, the case shall be dismissed.

Dated: July 1, 2021          By the Court,

                                   _Henry W. Van Eck_
                                   Henry W. Van Eck, Chief Bankruptcy Judge (CD)