Authentisign ID: 8FF83318-B7DF-4F8E-BC16-75FF85CEE3FC

# ADDENDUM/ENDORSEMENT TO AGREEMENT OF SALE

ASA

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of REALTORS® (PAR).

PROPERTY 79 W Shore Dr, Jefferson Twp, 18436
SELLER James J Kubasko Jr., By & Through his Guardian William R Hartzell
BUYER Thomas S Boland, Renee A Boland, Mary Jennifer Frattali
DATE OF AGREEMENT September 20, 2021

The purchase price for 79 W Shore Dr. Jefferson Twp. has been increased to $575,000.00

All other terms and conditions of the Agreement of Sale remain unchanged and in full force and effect.

| | Signature | Name | | Date |
|---|---|---|---|---|
| BUYER | *Thomas S Boland* (12/8/2021) | Thomas S Boland | DATE | 12/08/2021 |
| BUYER | *Renee A Boland* (12/8/2021) | Renee A Boland | DATE | 12/08/2021 |
| BUYER | (12/8/2021 3:06:53 PM GMT) | Mary Jennifer Frattali | DATE | 12/08/2021 |
| SELLER | (12/8/2021 6:09:10 PM GMT) | James J Kubasko Jr. | DATE | |
| SELLER | *William R Hartzell Guardian* | By & Through his Guardian William R Hartzell | DATE | 12/08/2021 |
| SELLER | 12/8/2021 6:49:52 PM GMT | | DATE | |

Pennsylvania Association of Realtors®

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2002
09/02

CLASSIC PROPERTIES, 324 S. State St. Clarks Summit PA 18411    Phone: (570)587-7000    Fax: (570)586-8404    79 W Shore Dr/
Margaret Hennemuth    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201    www.lwolf.com

Case 5:20-bk-00462-MJC    Doc 121    Filed 12/08/21    Entered 12/08/21 16:56:38    Desc
Main Document    Page 1 of 1