# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 22, 2021

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      **RE:**   **James John Kubasko**
              **Case No. 5-20-00462**

Dear Sir/Madam:

     Please accept this as my request for one (1) certified copy of the Order Granting Debtor's Motion for Private Sale of Real and Personal Property Docketed to Number 123 and dated December 09, 2021.

     Thank you in advance for your assistance and cooperation in this matter.

                             Very truly yours,

                             /s/ Tullio DeLuca
                             Tullio DeLuca, Esquire

TD/lm