UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

JAMES JOHN KUBASKO

Debtor(s)

Chapter: 13
Case Number: 5-20-00462

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order confirming Debtor's Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: February 7, 2022

SIGNED: Lisa Manchak

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| James John Kubasko,<br>aka James Kubasko, aka James J. Kubasko, aka James Kubasko, aka James J. Kubasko Jr., aka James John Kubasko Jr., aka James Kubasko Jr.,, | Chapter | 13 |
| | Case No. | 5:20−bk−00462−MJC |
| **Debtor 1** | | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 28, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 1, 2022

orcnfpln(05/18)

AMERICAN HONDA FINANCE
NATIONAL RECOVERY CENTER
PO BOX 16469
IRVING, TX 75016

AMERICAN HONDA FINANCE
PO BOX 168088
IRVING, TX 75016-8088

BRIGID E. CAREY, ESQ
3218 PITTSTON AVE
PO BOX 3838
SCRANTON, PA 18505

BRIGED E CAREY, ESQ
PO BOX 4466
SCRANTON, PA 18505

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT TAXES
SCRANTON, PA 185016

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT WASTE DISPOSAL
SCRANTON, PA 185016

CITY OF SCRANTON TAX OFFICE
1170 HIGHWAY 315, SUITE 5
PLAINS, PA 18702

CITY OF SCRANTON TREASURER
ATTN: REFUSE DEPT
340 NORTH WASHINGTON AVE.
SCRANTON PA 18503

COMMONWEALTH HEALTH
PO BOX 1022
WIXOM, MI 48393-1022

CREDIT MANAGEMENT CO
2121 NOBLESTOWN RD
PITTSBURGH, PA 15205

CREDIT MANAGEMENT CO
681 ANDERSEN DR
FOSTER PLAZA 6
PITTSBURGH, PA 15220-2766

CREDIT MEDIATORS, INC
PO BOX 456
UPPER DARBY, PA 19082-0456

Jack N. Zaharopoulos, ESQ
8125 ADAMS DR. SUITE A
HUMMELSTOWN, PA 17036

DR SANDERSON
500 PARK ST
BURKE BYPASS
OLYPHANT, PA 18447

INTERMOUNTAIN MEDICAL GROUP
610 WYOMING AVE
KINGSTON, PA 18704

Jefferson Township Sewer Authority
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Jefferson Twp.
c/o Portnoff Law Associates, LTD.
2700 Horizon Dr., Suite 100
King of Prussia, PA 19406-2726

Lackawanna County Tax Claim Bureau
123 Wyoming Ave Suite 267
Scranton, PA 18503-2029

Lackawanna River Basin
Sewer Authority
P.O. Box 280
Olyphant, PA 18447-0280

Marian Community Hospital
100 Lincoln Ave.
Carbondale, PA 18407-2198

Moosic Lakes Club
25 Beach House Drive
Jefferson Township, PA 18436-8803

Moses Taylor Hospital
700 Quincy Ave
Attn: Justin Davis CEO
Scranton, PA 18510-1798

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

North American Partners in Anesthesia
P.O. Box 725
Melville, NY 11747-0725

North Pocono School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Orion
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Orion Portfolio Services, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

PA American Water Co.,
P.O. Box 578
Alton, IL 62002-0578

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0496

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

| | | |
|---|---|---|
| PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Patel Retina Institute<br>210 N. State St.<br>Clarks Summit, PA 18411-1008 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Physicians Health Alliance<br>P.O. Box 618<br>Dunmore, PA 18512-0618 |
| Portnoff Law Associates, Ltd<br>2700 Horizon Dr., Suite 100<br>King of Prussia, PA 19406-2726 | Professional Account Svcs.<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Radiological Consultants<br>751 Keystone Indust. Park<br>Dunmore, PA 18512-1511 |
| Regional Hospital of Scranton<br>746 Jefferson Ave.<br>Scranton, PA 18510-1624 | Regional Hospital of Scranton<br>C/O PASI<br>P.O. BOX 188<br>BRENTWOOD, TN 37024-0188 | Rosenn, Jenkins & Greenwald, L.L.P.<br>15 South Franklin St.<br>Wilkes-Barre, PA 18711-0075 |
| SRA Associates<br>401 Minnetonka Rd.<br>Hi Nella, NJ 08083-2914 | Scranton Cardiovascular Physician<br>746 Jefferson Ave.<br>Scranton, PA 18510 | The Moosic Lakes Club<br>25 Beachhouse Rd.<br>Jefferson Twp., PA 18436 |
| Trident Asset Management<br>53 Perimeter Center East, Ste 440<br>Atlanta, GA 30346 | United States Trustee<br>228 Walnut St., Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American Infosource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| James Warmbrodt, Esq<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 | Wells Fargo Bank, NA<br>Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Financial<br>4143 121st Street<br>Urbandale, IA 50323-2310 |
| James Randolph, Esq.<br>Portnoff Law Associates<br>2700 Horizon Dr.<br>Suite 100<br>King of Prussia, PA 19406 | Angelo Terrano, Esq.<br>400 Third Ave. Suite 117<br>Kingston, PA 18704 | John Martin, Esq.<br>1022 Court Street<br>Honesdale, PA 18431 |
| Angela Phraner, IRS<br>7 N. Wilkes-Barre Blvd., Room 349<br>Wilkes-Barre, PA | BRUCE D. BRANDLER, ESQ.<br>US ATTORNEY<br>P.O. BOX 309<br>SCRANTON, PA 18501 | DAVID HUBBERT, ESQ.<br>CHIEF COUNSEL-CIVIL TRIAL SECTION<br>555 4TH STREET, NW<br>JCB ROOM 6126<br>WASHINGTON, DC 20530 |
| MONTY WILKINSON<br>U.S. DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL'S OFFICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20330 | ECLEMUS WRIGHT, ESQ.<br>BANKRUPTCY DIVISION CHIEF<br>PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>P.O. BOX 280946, 7TH FLOOR<br>HARRISBURG, PA 17128 | ANA MARIE B. AMENTA<br>INSOLVENCY SPECIALIST<br>INTERNAL REVENUE SERVICE<br>600 ARCH STREET<br>PHILADELPHIA, PA 19106 |

| | | |
|---|---|---|
| BARBARA LYNADY<br>LACKAWANNA COUNTY TAX CLAIM BUREAU<br>123 WYOMING AVE., SUITE 267<br>SCRANTON, PA 18503 | JANE F. O'NEIL<br>LACKAWANNA RIVER BASIN SEWER<br>PO BOX 280<br>OLYPHANT, PA 18447 | PORTNOFF LAW ASSOCIATES, LTD.<br>C/O JAMES R. WOOD, ESQ.<br>2700 HORIZON DR., SUITE 100<br>KING OF PRUSSIA, PA 19406 |
| PNC BANK<br>C/O JAMES WARMBRODT, ESQ.<br>KML LAW GROUP<br>BNY MELLON INDEPENDENCE CENTER<br>701 MARKET ST., SUITE 5000<br>PHILADELPHIA, PA 19106 | | |