# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**JAMES JOHN KUBASKO**  
* Debtor(s)

Case Number: **5-20-00462**  
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice of Motion to Sell Free and Clear of All Liens, Charges and Encumbrances was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: February 17, 2022

SIGNED: *Lisa Manchak*

TITLE: Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JAMES JOHN KUBASKO | : | |
| Debtor(s) | : | CASE NO. 5-20-00462 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES JOHN KUBASKO :
      Movant :
   vs. :
LACKAWANNA COUNTY TAX CLAIM :
BUREAU, CITY OF SCRANTON, TAX :
OFFICE, PORTNOFF LAW ASSOC., :
INTERNAL REVENUE SERVICE, PA :
DEPARTMENT OF REVENUE, and :
JACK N. ZAHAROPOULOS, ESQUIRE :
      Respondents :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>NOTICE OF DEBTOR'S MOTION TO APPROVE PRIVATE SALE OF REAL AND
PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND
ENCUMBRANCES</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE IS HEREBY GIVEN THAT:

William Hartzell, Guardian of Person and Estate of James John Kubasko, the Debtor, reside at 9714 Poplarwood Court, Orlando, FL 32825 and seeks leave to sell real property of the above captioned case located at 309 N. Lincoln Ave., Scranton, PA, along with personal property and fixtures to Maniel Hinojosa for the sum of Forty Nine Thousand ($49,000.00) Dollars. The sale is to be free and clear of all liens, charges and encumbrances, with all valid liens and encumbrances to be paid at time of closing.

      The Debtor further requests the Court to allow distribution of the proceeds from the sale of real and personal property as follows:

    a.    Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,488.00;

    b.    Any Notarization and/or incidental recording fees associated with the sale of the above property;

    c.    Realtors Commission of 6 % percent;
    d.    Any transfer tax which is the responsibility of the seller herein;

    e.    Any unpaid real estate taxes and other municipal claims/liens arising from

           property;

    f.      That any other unpaid liens shall attach to the remaining sale proceeds;

    g.      Debtor's exemption if any;

    h.      The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

The Sale is not subject to higher and better offers.

Any inquiries regarding the sale and/or to request for copies of the motion or a time and date to examine the property prior to the sale, can be made directly to Debtor's Counsel, Tullio DeLuca, Esquire.

Hearing on any Answers or Objections will be heard on **March 17, 2022** at **10:00am.** If no objection and request for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes-Barre, PA 18701 to the sale of the aforementioned real and personal property on the above terms and conditions on or before **March 10, 2022,** the Court may grant the relief requested. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with a copy to Tullio DeLuca, Esquire at the address below: Any filing must conform to the Rule of Bankruptcy Procedures unless the Court determines otherwise.

Date of Notice: February 17, 2022        Tullio DeLuca, Esquire  
                                                      381 N 9th Avenue  
                                                      Scranton, PA 18504  
                                                     (570) 347-7764

AMERICAN HONDA FINANCE
NATIONAL RECOVERY CENTER
PO BOX 16469
IRVING, TX 75016

AMERICAN HONDA FINANCE
PO BOX 168088
IRVING, TX 75016-8088

BRIGID E. CAREY, ESQ
3218 PITTSTON AVE
PO BOX 3838
SCRANTON, PA 18505

BRIGED E CAREY, ESQ
PO BOX 4466
SCRANTON, PA 18505

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT TAXES
SCRANTON, PA 185016

CITY OF SCRANTON
C/O NORTHEAST REVENUE
340 N. WASHINGTON AVE
ATTN: DELINQUENT WASTE DISPOSAL
SCRANTON, PA 185016

CITY OF SCRANTON TAX OFFICE
1170 HIGHWAY 315, SUITE 5
PLAINS, PA 18702

CITY OF SCRANTON TREASURER
ATTN: REFUSE DEPT
340 NORTH WASHINGTON AVE.
SCRANTON PA 18503

COMMONWEALTH HEALTH
PO BOX 1022
WIXOM, MI 48393-1022

CREDIT MANAGEMENT CO
2121 NOBLESTOWN RD
PITTSBURGH, PA 15205

CREDIT MANAGEMENT CO
681 ANDERSEN DR
FOSTER PLAZA 6
PITTSBURGH, PA 15220-2766

CREDIT MEDIATORS, INC
PO BOX 456
UPPER DARBY, PA 19082-0456

Jack N. Zaharopoulos, ESQ
8125 ADAMS DR. SUITE A
HUMMELSTOWN, PA 17036

DR SANDERSON
500 PARK ST
BURKE BYPASS
OLYPHANT, PA 18447

INTERMOUNTAIN MEDICAL GROUP
610 WYOMING AVE
KINGSTON, PA 18704

Jefferson Township Sewer Authority
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Jefferson Twp.
c/o Portnoff Law Associates, LTD.
2700 Horizon Dr., Suite 100
King of Prussia, PA 19406-2726

Lackawanna County Tax Claim Bureau
123 Wyoming Ave Suite 267
Scranton, PA 18503-2029

Lackawanna River Basin
Sewer Authority
P.O. Box 280
Olyphant, PA 18447-0280

Marian Community Hospital
100 Lincoln Ave.
Carbondale, PA 18407-2198

Moosic Lakes Club
25 Beach House Drive
Jefferson Township, PA 18436-8803

Moses Taylor Hospital
700 Quincy Ave
Attn: Justin Davis CEO
Scranton, PA 18510-1798

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

North American Partners in Anesthesia
P.O. Box 725
Melville, NY 11747-0725

North Pocono School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Orion
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Orion Portfolio Services, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131-1605

PA American Water Co.,
P.O. Box 578
Alton, IL 62002-0578

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0496

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

| | | |
|---|---|---|
| PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Patel Retina Institute<br>210 N. State St.<br>Clarks Summit, PA 18411-1008 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Physicians Health Alliance<br>P.O. Box 618<br>Dunmore, PA 18512-0618 |
| Portnoff Law Associates, Ltd<br>2700 Horizon Dr., Suite 100<br>King of Prussia, PA 19406-2726 | Professional Account Svcs.<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Radiological Consultants<br>751 Keystone Indust. Park<br>Dunmore, PA 18512-1511 |
| Regional Hospital of Scranton<br>746 Jefferson Ave.<br>Scranton, PA 18510-1624 | Regional Hospital of Scranton<br>C/O PASI<br>P.O. BOX 188<br>BRENTWOOD, TN 37024-0188 | Rosenn, Jenkins & Greenwald, L.L.P.<br>15 South Franklin St.<br>Wilkes-Barre, PA 18711-0075 |
| SRA Associates<br>401 Minnetonka Rd.<br>Hi Nella, NJ 08083-2914 | Scranton Cardiovascular Physician<br>746 Jefferson Ave.<br>Scranton, PA 18510 | The Moosic Lakes Club<br>25 Beachhouse Rd.<br>Jefferson Twp., PA 18436 |
| Trident Asset Management<br>53 Perimeter Center East, Ste 440<br>Atlanta, GA 30346 | United States Trustee<br>228 Walnut St., Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American Infosource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| James Warmbrodt, Esq<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 | Wells Fargo Bank, NA<br>Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Financial<br>4143 121st Street<br>Urbandale, IA 50323-2310 |
| James Randolph, Esq.<br>Portnoff Law Associates<br>2700 Horizon Dr.<br>Suite 100<br>King of Prussia, PA 19406 | Angelo Terrano, Esq.<br>400 Third Ave. Suite 117<br>Kingston, PA 18704 | John Martin, Esq.<br>1022 Court Street<br>Honesdale, PA 18431 |
| Angela Phraner, IRS<br>7 N. Wilkes-Barre Blvd., Room 349<br>Wilkes-Barre, PA | BRUCE D. BRANDLER, ESQ.<br>US ATTORNEY<br>P.O. BOX 309<br>SCRANTON, PA 18501 | DAVID HUBBERT, ESQ.<br>CHIEF COUNSEL-CIVIL TRIAL SECTION<br>555 4TH STREET, NW<br>JCB ROOM 6126<br>WASHINGTON, DC 20530 |
| MONTY WILKINSON<br>U.S. DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL'S OFFICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20330 | ECLEMUS WRIGHT, ESQ.<br>BANKRUPTCY DIVISION CHIEF<br>PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>P.O. BOX 280946, 7TH FLOOR<br>HARRISBURG, PA 17128 | ANA MARIE B. AMENTA<br>INSOLVENCY SPECIALIST<br>INTERNAL REVENUE SERVICE<br>600 ARCH STREET<br>PHILADELPHIA, PA 19106 |

BARBARA LYNADY
LACKAWANNA COUNTY TAX CLAIM BUREAU
123 WYOMING AVE., SUITE 267
SCRANTON, PA 18503

JANE F. O'NEIL
LACKAWANNA RIVER BASIN SEWER
PO BOX 280
OLYPHANT, PA 18447

PORTNOFF LAW ASSOCIATES, LTD.
C/O JAMES R. WOOD, ESQ.
2700 HORIZON DR., SUITE 100
KING OF PRUSSIA, PA 19406

PNC BANK
C/O JAMES WARMBRODT, ESQ.
KML LAW GROUP
BNY MELLON INDEPENDENCE CENTER
701 MARKET ST., SUITE 5000
PHILADELPHIA, PA 19106