United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00462-MJC |
| James John Kubasko | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf010 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Ana Marie B. Amenta, Insolvency Specialist, Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| | + | Barbara Lynady, Lackawanna County Tax Claim Bureau, 123 Wyoming Ave. Suite 267, Scranton, PA 18503-2029 |
| | + | Bruce D. Brandler, Esq., US Attorney, P.O. Box 309, Scranton, PA 18501-0309 |
| | + | David Hubbert, Esquire, Chief Counsel-Civil Trial Section, 555 4th Street, NW, JCB Room 6126, Washington, DC 20530-0001 |
| | + | Eclemus Wright, Esq., Bankruptcy Division Chief, PA Dept of Revenue, Bureau of Compliance, P.O. Box 280946, 7th Floor Harrisburg, PA 17128-0946 |
| | + | Jane F. O'Neil, Lackawanna River Basin Sewer, PO Box 280, Olyphant, PA 18447-0280 |
| | + | Merrick B. Garland, U.S. Department of Justice, Attorney General's office, 950 Pennsylvania Ave., NW, Washington, DC 20330-0001 |
| | + | Portonoff Law Associates, c/o James R. Wood, Esq., 2700 Horizon Dr. Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 18, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brigid E Carey | |
| | on behalf of Creditor Moosic Lakes Club becesqnepa@aol.com |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

James Randolph Wood

on behalf of Creditor North Pocono School District and Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

John J. Martin

on behalf of Miscellaneous Participant Mark Allen Crowell jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

John J. Martin

on behalf of Miscellaneous Participant Sharon Allen Petrosky-Crowell jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Rebecca Ann Solarz

on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

Tullio DeLuca

on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************************

| | | |
|---|---|---|
| IN RE:<br>JAMES JOHN KUBASKO | : <br> : <br> : | CHAPTER 13 |
| Debtor(s) | : | CASE NO. 5-20-00462-MJC |

*************************************************************************************

| | | |
|---|---|---|
| JAMES JOHN KUBASKO<br>       Movant<br>  vs.<br><br>LACKAWANNA COUNTY TAX CLAIM<br>BUREAU, CITY OF SCRANTON, TAX<br>OFFICE, PORTNOFF LAW ASSOC.,<br>INTERNAL REVENUE SERVICE, PA<br>DEPARTMENT OF REVENUE, and<br>JACK N. ZAHAROPOULOS, ESQUIRE<br>       Respondents | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

*************************************************************************************

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES**

*************************************************************************************

Upon consideration of the within Motion and after Notice duly given to the Creditors and other parties in interest, William Hartzell, Guardian of Person and Estate of James John Kubasko, the Debtor, is hereby granted leave to sell real property located at 309 N. Lincoln Ave., Scranton PA along with personal property and fixtures to Manuel Hinojosa for the sum of Forty Nine Thousand ($49,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale.

Further, the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

    a.    Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an

attorney fee of $1,488.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Realtors Commission of 6 % percent;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. That any other unpaid liens shall attach to the remaining sale proceeds;

g. Debtor's exemption if any;

h. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

Further, the Debtor is allowed to escrow funds at closing for a potential capital tax gain liability.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 15, 2022