United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00462-MJC
James John Kubasko  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Mar 28, 2022      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James John Kubasko, 79 West Shore Dr., Jefferson Twp., PA 18436-3952 |
| mpt | + | Mark Allen Crowell, 141 Timberwood Drive, Mountain Top, PA 18707-1853 |
| cr | + | Moosic Lakes Club, 25 Beach House Drive, Jefferson Township, PA 18436-8803 |
| mpt | + | Sharon Allen Petrosky-Crowell, 141 Timberwood Drive, Mountain Top, PA 18707-1853 |
| 5299214 | | American Honda Finance, National Recovery Center, P.O. Box 16469, Irving, TX 75016 |
| 5299216 | | Brigid E. Carey, Esq., P.O. Box 4466, Scranton, PA 18505-6466 |
| 5299217 | | Brigid E. Carey, Esq., 3218 Pittston Ave., P.O. Box 3838, Scranton, PA 18505-0838 |
| 5299218 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Taxes, Scranton, PA 18503-1582 |
| 5299219 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Waste Disposal, Scranton, PA 18503-1582 |
| 5299220 | + | City of Scranton Tax Office, 1170 Highway 315, Suite 5, Plains, PA 18702-6906 |
| 5299221 | + | City of Scranton Treasurer, Attn: Refuse Dept., 340 North Washington Ave., Scranton, PA 18503-1582 |
| 5299222 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5299223 | | Credit Management Co., 681 Andersen Dr., Foster Plaza 6, Pittsburgh, PA 15220-2766 |
| 5299225 | + | Credit Mediators Inc., P.O. Box 456, Upper Darby, PA 19082-0456 |
| 5299226 | + | Dr. Sanderson, 500 Park St., Burke Bypass, Olyphant, PA 18447-1982 |
| 5299227 | + | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5310877 | + | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5299229 | + | Jefferson Twp., c/o Portnoff Law Associates, LTD., 2700 Horizon Dr., Suite 100, King of Prussia, PA 19406-2726 |
| 5303362 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave Suite 267, Scranton, PA 18503-2029 |
| 5299230 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5299232 | + | Lackawanna River Basin, Sewer Authority, P.O. Box 280, Olyphant, PA 18447-0280 |
| 5299233 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5299234 | + | Marian Community Hospital, 100 Lincoln Ave., Carbondale, PA 18407-2198 |
| 5312192 | + | Moosic Lakes Club, 25 Beach House Road, Jefferson Township, PA 18436-8803 |
| 5299235 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5299237 | + | North American Partners in Anesthesia, P.O. Box 725, Melville, NY 11747-0725 |
| 5310876 | + | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5310875 | + | North Pocono School District and Jefferson Townshi, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5299246 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5299241 | + | Patel Retina Institute, 210 N. State St., Clarks Summit, PA 18411-1008 |
| 5299242 | #+ | Physicians Health Alliance, P.O. Box 618, Dunmore, PA 18512-0618 |
| 5299245 | + | Portnoff Law Associates, Ltd, 2700 Horizon Dr., Suite 100, King of Prussia, PA 19406-2726 |
| 5299248 | + | Radiological Consultants, 751 Keystone Indust. Park, Dunmore, PA 18512-1511 |
| 5299249 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5299250 | + | Rosenn, Jenkins & Greenwald, L.L.P., 15 South Franklin St., Wilkes-Barre, PA 18701-1206 |
| 5299251 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5299253 | + | The Moosic Lakes Club, 25 Beachhouse Rd., Jefferson Twp., PA 18436-8803 |
| 5304301 | + | city of scranton northeast revenue, 340 n washington ave, scranton, PA 18503-1546 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: RECOVERYCORP.COM | Mar 28 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299215 | EDI: HNDA.COM | Mar 28 2022 22:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5299224 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2022 18:36:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5446402 | + EDI: IRS.COM | Mar 28 2022 22:38:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5299236 | + Email/Text: Bankruptcies@nragroup.com | Mar 28 2022 18:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5299458 | + EDI: RECOVERYCORP.COM | Mar 28 2022 22:38:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299238 | EDI: RECOVERYCORP.COM | Mar 28 2022 22:38:00 | Orion Portfolio Services, LLC, c/o Recovery Management Systems Corp., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 5299239 | Email/Text: csc.bankruptcy@amwater.com | Mar 28 2022 18:36:00 | PA American Water Co.,, P.O. Box 578, Alton, IL 62002-0578 |
| 5299240 | EDI: PENNDEPTREV | Mar 28 2022 22:38:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5299240 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 18:36:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5299243 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 18:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5299244 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 18:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5303664 | EDI: PENNDEPTREV | Mar 28 2022 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5303664 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5299247 | + Email/Text: pasi_bankruptcy@chs.net | Mar 28 2022 18:36:00 | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5312375 | + Email/Text: pasi_bankruptcy@chs.net | Mar 28 2022 18:36:00 | Regional Hospital of Scranton, C/O PASI, P.O. BOX 188, BRENTWOOD, TN 37024-0188 |
| 5319270 | EDI: AIS.COM | Mar 28 2022 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5299255 | EDI: WFFC.COM | Mar 28 2022 22:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5299256 | EDI: WFFC.COM | Mar 28 2022 22:38:00 | Wells Fargo Financial, 4143 121st Street, Urbandale, IA 50323-2310 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| | | |
|---|---|---|
| cr | *+ | North Pocono School District and Jefferson Townshi, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5299228 | *+ | James John Kubasko, 79 West Shore Dr., Jefferson Twp., PA 18436-3952 |
| 5310879 | *+ | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5310878 | *+ | North Pocono School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5319261 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5321311 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5299231 | ##+ | Lackawanna County Tax Claim Bureau, 135 Jefferson Ave., Scranton, PA 18503-1716 |
| 5299252 | ##+ | SRA Associates, 401 Minnetonka Rd., Hi Nella, NJ 08083-2914 |
| 5299254 | ##+ | Trident Asset Management, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bnicholas@kmllawgroup.com

Brigid E Carey
     on behalf of Creditor Moosic Lakes Club becesqnepa@aol.com

Jack N Zaharopoulos (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

James Randolph Wood
     on behalf of Creditor North Pocono School District and Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

John J. Martin
     on behalf of Miscellaneous Participant Sharon Allen Petrosky-Crowell jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

John J. Martin
     on behalf of Miscellaneous Participant Mark Allen Crowell jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Rebecca Ann Solarz
     on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

Rebecca Ann Solarz
     on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com

Tullio DeLuca
     on behalf of Debtor 1 James John Kubasko tullio.deluca@verizon.net

United States Trustee                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James John Kubasko<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2057<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00462–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James John Kubasko
aka James Kubasko, aka James J. Kubasko,
aka James Kubasko, aka James J. Kubasko Jr.,
aka James John Kubasko Jr., aka James
Kubasko Jr.,

3/28/22

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**